ANDERSON, Circuit Judge,
concurring:
I concur in the judgment. For the reasons indicated in Judge Hatchett’s opinion, I agree that Deputy Watson did not violate plaintiffs’ constitutional rights. I also conclude that Volusia County did not violate plaintiffs’ constitutional rights. I note that plaintiffs’ only argument with respect to lack of training is the lack of high speed training on the range. However, I do not think that the lack of training on the range could be a contributing cause in this cáse. Deputy Watson did not lose control. Rather, the only possible causes of this accident are readily subject to training in the classroom (e.g., the obvious dangers of high speeds, especially at night, and in view of oncoming traffic). I note also that plaintiffs’ evidence about speeding was vague and unhelpful and could not constitute the basis of liability on the county’s part for a constitutional violation. In view of the evidence proffered by the plaintiffs in this summary judgment record, I readily conclude that plaintiffs have failed to show that Volusia County was deliberately indifferent in any manner that could have caused the accident.